**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

RONNIE LUCKETT,
2518 W. Wisconsin Ave.
Milwaukee WI 53233

        Plaintiff,

    v.                                      Case No.: 15-C-1374

CITY OF MILWAUKEE ET. AL.
200 E. Wells St.
Milwaukee, WI 53201

        Defendant.

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
## WITH PREJUDICE

*Now before the Court comes the Plaintiff Ronnie Luckett through his Attorney, Ryan Kastelic of Kastelic Law Office LLC., and states as follows:*

1. The Plaintiff Ronnie Luckett wishes to dismiss with prejudice all claims asserted within the above captioned lawsuit, and without additional costs to any party.

2. The Plaintiff makes this Motion

Wherefore the Plaintiff requests the following relief:

A. Dismissal of the Plaintiff's claims with prejudice and without costs to either party.

Dated this 20th day of October 2016.

                                                  By: /s/Ryan Kastelic
                                                        Ryan Kastelic
                                                        230 W. Wells St. STE 610
                                                        Milwaukee, WI 53203
                                                        Telephone: (414) 395-1624
                                                        Fax: (414) 395-0402